Credit Matrix

FB&T / Mercury
2220 6th St.
Brookings, SD 57006

Merrick Bank Corp.
P.O. Box 9201
Old Bethpage, NY 11804

Nordstrom / TD Bank USA
13531 E Caley Ave
Englewood, CO 80111

Pentagon Federal Cr Un
PO Box 1432
Alexandria, VA 22313

TBom / contfin
4550 New Lindon Hill Rd
Wilmington, DE 19808

LVNV Funding LLC
PO Box 1269
Greenville, SC 29602

FILED
DEC 26 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Midland Credit Management
320 E Big Beaver Rd Ste.
Troy, MI 48083

Portfolio Recovery Assoc.
120 Corporate Drive
Norfolk, VA 23513

Portfolio Recovery Assoc.
120 Corporate Drive
Norfolk, VA 23513